UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE P. NELSON, ) | Case No. EDCV 13-1548-DTB |
| Plaintiff, ) | |
| ) | **J U D G M E N T** |
| vs. ) | |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security, ) | |
| Defendant. ) | |

   In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings, filed herewith,

   IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

DATED: October 21, 2014

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1